# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

132734

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GRIEVANCE ADMINISTRATOR,
      Petitioner-Appellee,

v

JAMES C. BARNES,
      Respondent-Appellant,

SC: 132734
ADB: 03-18-GA

_____/

     On order of the Court, the application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007

Clerk

p0530